LYONS, SKOUFALOS, PROIOS & FLOOD, LLP
Herald Square Building
1350 Broadway, Suite 1507
New York, New York  10018-7702
(212) 279-8880

Attorneys for Defendant
EURO-MARITIME CHARTERING LIMITED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NOBLE SHIPPING INC.,                                    ECF CASE

                Plaintiff,

                                                03 Civ. 6039 (DLC)

      - against -

EURO-MARITIME CHARTERING LIMITED,            **NOTICE OF APPEARANCE**

                Defendant.
-------------------------------------------------------------------X


TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance for Defendant EURO-MARITIME CHARTERING LIMITED in this action.

      I certify that I am admitted to practice in this Court.


Dated: New York, New York
        September 27, 2004

LYONS, SKOUFALOS, PROIOS & FLOOD, LLP<br>
Attorneys for Defendant<br>
EURO-MARITIME CHARTERING LIMITED

By: _/s/ Kirk M. Lyons_
Kirk M. Lyons (KL-1568)
Herald Square Building
1350 Broadway, Suite 1507
New York, NY 10018-7702
(212) 279-8880

U:\kmhldocs\2601001\notice of appearance.doc

CERTIFICATE OF SERVICE

Charmaine Lawton declares and states that:-

    I am not a party to these actions, am over 18 years of age and reside in New York, New York. I am an employee with Lyons, Skoufalos, Proios & Flood, LLP, attorneys for Defendant EURO-MARITME CHARTERING LIMITED, with offices at Herald Square Building, 1350 Broadway, Suite 1507, New York, New York 10018-7702.

    On September 27, 2004, I served true copies of the attached Notice of Appearance upon:-

    TISDALE & LENNON, LLC
    Attorneys for Plaintiff
    11 West 42nd Street, Suite 900
    New York, NY 10036

by depositing same in a sealed and postage prepaid envelope, in a post-office or official depository of the US Postal Service within the State of New York, addressed to the last known address of the addressees as indicated above.

I declare and state under penalty of perjury that the foregoing is true and correct.

Executed on: September 27, 2004

                                                                  Charmaine Lawton

U:\kmhldocs\2601001\notice of appearance.doc