LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
EURO-MARITIME CHARTERING LIMITED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NOBLE SHIPPING INC.,

      Plaintiff,

- against -

EURO-MARITIME CHARTERING LIMITED,

      Defendant.
------------------------------------------------------------------X

**ECF Case**

03 Civ. 6039 (DLC)

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

Sirs:

  PLEASE TAKE NOTICE that effective May 1, 2005, Lyons, Skoufalos, Proios & Flood, LLP, attorneys of record for defendant EURO-MARITIME CHARTERING LIMITED, has changed its firm name, address, and contact information to the following:

    Lyons & Flood, LLP
    65 West 36th Street, 7th Floor
    New York, New York 10018
    (212) 594-2400
    klyons@lyons-flood.com

- 2 -

Dated: May 3, 2005

                                        LYONS & FLOOD, LLP
                                        Attorneys for Defendant
                                        EURO-MARITIME CHARTERING
                                        LIMITED

By: _____
     Kirk M. Lyons (KL-1568)
     65 West 36th Street, 7th Floor
     New York, New York 10018-7702
     (212) 594-2400

TO:   TISDALE & LENNON, LLC
       Attorneys for Plaintiff
       36 West 44th Street, Suite 1111
       New York, NY 10036

## CERTIFICATE OF SERVICE

Charmaine Lawton declares and states that:-

I am not a party to these actions, am over 18 years of age and reside in Brooklyn, New York. I am an employee with Lyons & Flood, LLP, attorneys for defendants EURO-MARITIME CHARTERING LIMITED, with offices at 65 West 36th Street, 7th Floor, New York, New York 10018.

On May 3, 2005, I served true copies of the attached Notice of Change of Firm Name and Address upon:-

TISDALE & LENNON, LLC
Attorneys for Plaintiff
36 West 44th Street, Suite 1111
New York, NY 10036

by depositing same in a sealed and postage prepaid envelope, in a post-office or official depository of the US Postal Service within the State of New York, addressed to the last known address of the addressees as indicated above.

I declare and state under penalty of perjury that the foregoing is true and correct.

Executed on: May 3, 2005

Charmaine Lawton

U:\MGauvindocs\Change of Firm name and Address\2601001.doc