**MEMO ENDORSED**

# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
|---|---|---|
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Siegel - *nrs@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

March 13, 2008

**By Hand**
Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007-1312

RECEIVED MAR 1 8 2008 CHAMBERS OF DENISE COTE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

Re:   **Noble Shipping Inc. v. Euro-Maritime Chartering Limited**
      Docket Number: 03 Civ 06039 (DLC)
      Our Reference Number: 1217

Dear Judge Cote:

Pursuant to the Court's order dated September 18, 2007 we write to provide your Honor with the status of the underlying matter in the above captioned case and to request that this matter be kept on the suspense docket for another six months.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On August 22, 2003 an Ex-Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York.

In response to service of the Ex-Parte Order and Writ, various garnishee bank(s) restrained Defendant's property in New York. Arbitration was commenced, but the proceedings were temporarily stalled due to negotiations between the parties. Negotiations have failed and the Plaintiff is now proceeding with the arbitration. Particularly, Plaintiff's foreign counsel has now prepared an amended Claim Submission which it intends to serve on the Defendant very shortly. Once served, the Defendant will be required to submit its defense.

In light of the status of the underlying matter, we request that this case remain on the suspense docket for another six months, at the end of which time we will submit another status update to the Court. Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court.

*Status letter due September 15, 2008.*

*[signed] Denise Cote*
*March 18, 2008*

Respectfully submitted,

[signature]
Nancy R. Peterson (Siegel) (NP 2871)

COPIES SENT TO:

Nancy R. Peterson
Lennon, Murphy & Lennon, LLC
420 Lexington Ave., Suite 300
New York, NY 10170

Kirk M.H. Lyons
Lyons & Flood, L.L.P.
65 West 36th Street
7th Floor
New York, NY 10018

**PLEASE IMMEDIATELY SEND COPIES TO ALL COUNSEL**